UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARY B. ROWLES, | ) | CASE NO.: 5:10CV0570 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| GININE TRIM, Warden, | ) | **ORDER AND DECISION** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Baughman, submitted in this matter on October 14, 2011. Upon due consideration, and no objections having been timely filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that petition is hereby DISMISSED.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

December 19, 2011          /s/ John R. Adams
                           JUDGE JOHN R. ADAMS
                           UNITED STATES DISTRICT JUDGE